

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**PROVIDER REIMBURSEMENT REVIEW BOARD**
2520 Lord Baltimore Drive, Suite L
Baltimore MD 21244-2670
Phone: 410-786-2671   FAX:

Suzanne Cochran, Esq., Chairperson
Martin W. Hoover, Jr., Esq.
Gary B. Blodgett, D.D.S.
Elaine Crews Powell, CPA
Anjali Mulchandani

Refer to:   Case No. 99-4038   CERTIFIED MAIL

RECEIVED SEP 1 6 2004
10 SEP 2004

Michael K. McKay
McKay Consulting
6105 Line Avenue, Suite 400
Shreveport, LA 71106

RE: St. Rita's Medical Center, Provider No. 36-0066, Case No. 99-4038, FYE – December 31, 1994

Dear Mr. McKay:

The Provider Reimbursement Review Board (Board) has reviewed the documentation submitted in the above-captioned case. In this case, the Provider filed a timely request for a hearing within 180 days of the revised Notice of Program Reimbursement (NPR). The Provider appealed the issues of Medicaid Eligible Unpaid Days, which the Intermediary contends was not adjusted on the revised NPR, which is being appealed. The Provider contends that the Intermediary made an adjustment to the number of days of care rendered to Medicaid eligible beneficiaries that were to be included in the DSH adjustment.

The Board has considered the Parties' positions and finds that it does have jurisdiction over the issue of Medicaid Eligible Days.

Board Members Participating:

Martin W. Hoover, Esq.
Gary B. Blodgett, DDS
Suzanne Cochran, Esq.
Elaine Crews Powell, C.P.A. (dissenting)
Anjali Mulchandani

For the Board:

*[signature]*
Suzanne Cochran
Chairperson

cc: Cathy Huzvar, AdminaStar Federal
    Wilson C. Leong, Blue Cross & Blue Shield Association
    Eileen Bradley, Blue Cross & Blue Shield Association