# United States District Court
# For the District of Columbia

ST. RITA'S MEDICAL CENTER )
) CASE NUMBER 1:05CV01943
)
) JUDGE: Reggie B. Walton
Plaintiff )
vs )
) DECK TYPE: Administrative Agency Review
MICHAEL O. LEAVITT, )
) DATE STAMP: 10/03/2005
)
Defendant )


FILED
OCT - 3 2005   CO-386-online
                10/03
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __plaintiff__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __St. Rita's Medical Center__ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Christopher L. Crosswhite_
Signature

D,C, Bar No. 450927
BAR IDENTIFICATION NO.

Christopher L. Crosswhite
Print Name

Suite 700, 1667 K St., NW
Address

Washington   DC   20006
City   State   Zip Code

202-776-7846
Phone Number