IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
ST. RITA'S MEDICAL CENTER,                )
        Plaintiff                         )
                                          )    Civ. No. 05-1943 (RBW)
        v.                                )
                                          )
MICHAEL O. LEAVITT,                       )
        Defendant                         )
_____ )

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant Michael O. Leavitt, Secretary of the Department of Health and Human Services, hereby moves for an extension of time in which file his response to the Complaint. Plaintiffs' counsel, Joanne Erde and Chris Crosswhite, do not oppose this extension. Defendant's answer is currently due on December 15, 2005. Good cause exists for the extension, as detailed below.

1.      From the Secretary's perspective, plaintiff's Complaint raises issues similar to those included in the In re Medicare Reimbursement Litigation, 03-0090 (D.D.C.) (Friedman, J.). Those cases were stayed pending a decision from the D.C. Circuit in Baystate v. Thompson, No. 04-5203 (D.C. Cir.). The D.C. Circuit issued its opinion on July 5, 2005; en banc review was denied on September 28, 2005.

2.      A petition for a writ of certiorari is due on Tuesday, December 27. Currently, the Government is considering whether to seek Supreme Court review. Consideration of that question requires consultation among the agency directly involved (the Department of Health and Human Services), other agencies likely to be affected by the decision, the Appellate Staff of the Civil Division, and the Solicitor General. See 28 C.F.R. § 0.20(a).

-1-

3.      A 60-day extension in this case is warranted because the Secretary needs time to review the Complaint and to prepare his response.  Moreover, since the issues raised in this case are similar to the issues in the <u>In re Medicare Reimbursement Litigation</u>, the Secretary also needs to know whether the <u>Baystate</u> decision will be the subject of further review.

Dated: November 28, 2005                          Respectfully submitted,

                                                  PETER D. KEISLER
                                                  Assistant Attorney General

                                                  KENNETH L. WAINSTAIN
                                                  United States Attorney

                                                  SHEILA M. LIEBER
                                                  Deputy Branch Director


                                                  /s/ Peter Bryce                          


                                                  PETER BRYCE
                                                  Trial Attorney

                                                  United States Department of Justice
                                                  Civil Division, Rm. 6138
                                                  20 Massachusetts Ave, NW
                                                  Washington, D.C.  20530
                                                  Telephone:  (202) 616-8335
                                                  Fax:  (202) 616-8470
                                                  E-mail: Peter.Bryce@usdoj.gov

                                                  *Counsel for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                          )
ST. RITA'S MEDICAL CENTER,                 )
        Plaintiff                                         )
                                                          )     Civ. No. 05-1943 (RBW)
        v.                                                )
                                                          )
MICHAEL O. LEAVITT,                          )
        Defendant                                     )
_____ )

        For good cause shown, the Court hereby GRANTS Defendant's Unopposed Motion for

an Extension of Time to respond to the Complaint; and it is further

        ORDERED that Defendant will have until February 15, 2005, to respond to the

Complaint.


DATED: _____


                                        _____
                                        HON. JOHN GARRETT PENN
                                        UNITED STATES DISTRICT JUDGE