IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                         )
ST. RITA'S MEDICAL CENTER,    )
     Plaintiff                      )
                                         ) Civ. No. 05-1943 (RBW)
    v.                                 )
                                         )
MICHAEL O. LEAVITT,            )
     Defendant                     )
_____ )

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

       Defendant Michael O. Leavitt, Secretary of the Department of Health & Human Services, hereby moves for an extension of time in which to file his response to the Complaint. Plaintiff's counsel, Joanne Erde, does not oppose this motion for extension. Defendant's answer is currently due on February 15, 2006. Good cause exists for the extension, as detailed below.

       1.     From the Secretary's perspective, plaintiff's Complaint raises issues similar to those raised by the cases consolidated in In re Medicare Reimbursement Litigation, 03-0090 (D.D.C.) (Friedman, J.) ("Medicare Reimbursement"). Those cases were stayed pending a decision and issuance of the mandate from the D.C. Circuit in Baystate v. Thompson, No. 04-5203 (D.C. Cir.) ("Baystate"). On January 26, the Secretary filed a petition for a writ of certiorari, seeking Supreme Court review of the D.C. Circuit's decision in Baystate. See Baystate Health System v. Thompson, 414 F.3d 7 (D.C. Cir. 2005), pet. for cert. filed, No. 05-936 (U.S. Jan. 26, 2006).

       2.     The Secretary has now moved to extend the stay in the Medicare Reimbursement cases pending the disposition of the Secretary's petition for a writ of certiorari to the Supreme Court in Baystate.

3.  A 60-day extension in this case is warranted. The Secretary believes that this case should be consolidated with the Medicare Reimbursement cases pursuant to Fed. R. Civ. P. 42(a), and has informed plaintiff of this position. Plaintiff has not agreed that consolidation is appropriate but has informed defendant that it believes that the case may be appropriate for settlement. The parties need additional time to discuss these issues. In addition, the Secretary believes that any further proceedings in this case would be premature before the court in Medicare Reimbursement has had the opportunity to rule on any motion to consolidate.

Dated: February 6, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTAIN
United States Attorney

SHEILA M. LIEBER
Deputy Branch Director


/s/ Peter Bryce


PETER BRYCE
Trial Attorney

United States Department of Justice
Civil Division, Rm. 6138
20 Massachusetts Ave, NW
Washington, D.C. 20530
Telephone: (202) 616-8335
Fax: (202) 616-8470
E-mail: Peter.Bryce@usdoj.gov

*Counsel for Federal Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ST. RITA'S MEDICAL CENTER,          )
    Plaintiff                       )
                                    )   Civ. No. 05-1943 (RBW)
    v.                              )
                                    )
MICHAEL O. LEAVITT,                 )
    Defendant                       )
_____ )

For good cause shown, the Court hereby GRANTS Defendant's Unopposed Motion for an Extension of Time to respond to the Complaint; and it is further

ORDERED that Defendant will have until April 17, 2006, to respond to the Complaint.

DATED: _____

                                    _____
                                    HON. REGGIE B. WALTON
                                    UNITED STATES DISTRICT JUDGE