IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ST. RITA'S MEDICAL CENTER,          )
    Plaintiff                       )
                                    )   Civ. No. 05-1943 (RBW)
    v.                              )
                                    )
MICHAEL O. LEAVITT,                 )
    Defendant                       )
_____ )

**JOINT MOTION TO STAY TIME TO ANSWER/RESPOND**

Defendant Michael O. Leavitt, Secretary of the Department of Health & Human Services and Plaintiff St. Rita's Medical Center, hereby move to stay the time for defendant to respond to the Complaint. Defendant's response is currently due on June 16, 2006. Good cause exists for the stay, as detailed below.

1.    Plaintiff's Complaint raises certain issues that are similar to those raised by the cases consolidated in In re Medicare Reimbursement Litigation, 03-0090 (D.D.C.) (Friedman, J.) ("Medicare Reimbursement"). The parties in those cases have been meeting and exchanging information in order to explore the possibility of settlement without the need for further protracted litigation. Those discussions are ongoing and the court has granted extensions of time in those cases to allow the parties to pursue negotiations.

2.    A 60-day stay in this case is warranted. Although there is a possibility that this case may be resolved without the need for litigation, the likelihood and form of any settlement depends, from the Secretary's perspective, on the progress of negotiations in Medicare Reimbursement. Accordingly, the parties ask that this case be stayed for an additional sixty days to allow time to explore the possibility of settlement in both the Medicare Reimbursement cases

-1-

and this case.

| | |
|---|---|
| Dated: June 13, 2006 | Respectfully submitted, |
| | PETER D. KEISLER<br>Assistant Attorney General |
| | KENNETH L. WAINSTAIN<br>United States Attorney |
| | SHEILA M. LIEBER<br>Deputy Branch Director |
| /s/ Christopher L. Crosswhite | /s/ Peter Bryce |
| CHRISTOPHER L. CROSSWHITE<br>D.C. Bar No. 450927<br>DUANE MORRIS LLP<br>1667 K Street, NW, Suite 700<br>Washington, D.C. 20006<br>Telephone: (202) 776-7846<br>JOANNE B. ERDE, P.A.<br>DUANE MORRIS LLP<br>200 S. Biscayne Blvd., Suite 3400<br>Miami, FL 33131<br>Telephone: (305) 960-2218 | PETER BRYCE<br>Trial Attorney<br><br>United States Department of Justice<br>Civil Division, Rm. 6138<br>20 Massachusetts Ave, NW<br>Washington, D.C. 20530<br>Telephone: (202) 616-8335<br>Fax: (202) 616-8470<br>E-mail: Peter.Bryce@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Federal Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                           )
ST. RITA'S MEDICAL CENTER,                 )
      Plaintiff                            )
                                           )   Civ. No. 05-1943 (RBW)
      v.                                   )
                                           )
MICHAEL O. LEAVITT,                        )
      Defendant                            )
_____ )

For good cause shown, the Court hereby GRANTS the parties' Joint Motion to Stay Time

To Answer/Repsond; and it is further

ORDERED that Defendant will have until August 15, 2006, to respond to the Complaint.


DATED: _____


                                           _____
                                           HON. REGGIE B. WALTON
                                           UNITED STATES DISTRICT JUDGE