UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ST. RITA'S MEDICAL CENTER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1943 (RBW) |
| MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services, | ) ) ) ) ) | |
| Defendant. | ) ) | |

## JOINT STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

The parties in this lawsuit hereby file this Joint Stipulation of Settlement and Dismissal with Prejudice and state as follows:

1. The parties have resolved this action, and any and all claims pending herein, pursuant to a settlement agreement resolving this and other cases that became effective on March 11, 2008 (the "Settlement Agreement").

2. Pursuant to the Court's minute order of June 14, 2006, this action was administratively closed to allow time for the parties to explore the possibility of settlement. The Court indicated in the minute order that either party could petition the Court at any time after August 15, 2006 to reopen this case. The parties, however, simply wish to dismiss this case with prejudice under the Settlement Agreement, and do not believe that further action is required by the Court to effectuate this dismissal.

DM2\1365421.5

3.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), all claims in this case may be dismissed voluntarily by filing a stipulation of dismissal signed by all parties.

4.  This Stipulation is signed by all the parties to this lawsuit.

5.  This Stipulation hereby dismisses this action in its entirety and with prejudice.

6.  All parties shall bear their own costs and attorneys' fees.

7.  Pursuant to the Settlement Agreement, the Court retains jurisdiction over all disputes arising out of or relating to the Settlement Agreement, including but not limited to any action to enforce the terms of the Settlement Agreement.

                                              Respectfully submitted,

DATED: March 12, 2008              /s/ Christopher L. Crosswhite
                                              Christopher L. Crosswhite
                                              D.C. Bar No. 450927
                                              DUANE MORRIS LLP
                                              505 9th Street, NW, Suite 1000
                                              Washington, D.C. 20004
                                              Telephone: (202) 776-7846
                                              Fax: (202) 776-7801

                                              Joanne B. Erde, P.A.
                                              DUANE MORRIS LLP
                                              200 S. Biscayne Blvd., Suite 3400
                                              Miami, FL 33131
                                              Telephone: (305) 960-2218
                                              Fax: (305) 960-2201

                                              *Counsel for Plaintiff*

|  |  |
|---|---|
|  | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General |
|  | JEFFREY A. TAYLOR<br>United States Attorney |
|  | SHEILA M. LIEBER<br>Deputy Branch Director |
| DATED: March 12, 2008 | /s/ Peter Bryce<br>PETER BRYCE (IL Bar No. 6244216)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Rm. 7308<br>20 Massachusetts Ave, NW<br>Washington, D.C.  20530<br>Telephone:  (202) 616 8335<br>Fax:  (202) 616-8470<br>E-mail: Peter.Bryce@usdoj.gov<br><br>*Counsel for Federal Defendant* |